GOBLE & JIMÉNEZ, DEMANDANTE Y APELADA, *v.* TRUYOL & CO., DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Guayama en pleito sobre daños y perjuicios por incumplimiento de contrato.

No. 1981.—Resuelto en mayo 23, 1919.

DESESTIMACIÓN DE APELACIÓN—ALEGATO DEL APELANTE—RELACIÓN DE LA CAUSA—EXPOSICIÓN DE ERRORES.—Cuando el alegato del apelante no contiene una relación de la causa tal como conste en los autos, ni una exposición de los errores en que se funda el recurso, procede desestimar la apelación.

Los hechos están expresados en la opinión.
Abogado de la apelante: *Sr. C. Domínguez Rubio.*

Abogados de la apelada: *Sres. Henry G. Molina y José C. Ramos.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Goble y Jiménez, una sociedad mercantil con su oficina principal en San Juan, demandó en la Corte de Distrito de Guayama a Miguel Truyol & Co., otra sociedad mercantil domiciliada en la última ciudad, en reclamación de $850 por daños y perjuicios originados con motivo del incumplimiento de un contrato de compraventa de doscientos sacos de harina de trigo. La sociedad demandada excepcionó la demanda, la contestó luego y reconvino además a la demandante para que le pagara $1,180 también por daños y perjuicios originados a virtud del incumplimiento de un contrato de compraventa de cuatrocientos sacos de arroz.

La corte de distrito desestimó las excepciones y luego de celebrado el juicio en el que ambas partes practicaron sus pruebas, declaró sin lugar la reconvención y con lugar la demanda.

La demandada apeló entonces para ante este Tribunal Supremo. Se señaló día y hora para la vista del recurso y la parte apelante dejó de comparecer. La parte apelada compareció por medio de su abogado y solicitó en primer término que la apelación fuera desestimada por haber dejado la apelante de cumplir con la sección 42 del Reglamento de esta corte, (17 D. P. R. LXXI), y luego informó sobre las cuestiones envueltas en el pleito.

La regla invocada dice así:

"Dentro de diez días después de haberse presentado a este tribunal la copia de los autos, el letrado defensor del recurrente, presentará al tribunal un alegato por duplicado, impreso o escrito en maquinilla, que contendrá una relación fiel y concisa de la causa tal como conste en los autos; así como una exposición de los errores en que funda su recurso, y además de esto, cumplirá con la Ley de Enjuiciamiento actualmente en vigor."

El alegato de la parte apelante deja en efecto de cum-

plir con lo preceptuado en la regla anterior, pues no contiene ni la relación fiel y concisa de la causa tal como conste de los autos, ni la exposición de errores en que se funda el recurso, exigidos por la misma.

. En tal virtud, de acuerdo con lo previsto en la sección 60 del indicado reglamento, (17 D. P. R. LXXIV), procede la desestimación del recurso.

Deseamos consignar además que hemos examinado la transcripción de los autos y que estamos convencidos de que la corte de distrito impartió justicia en este pleito, pero preferimos fundar nuestra sentencia en la falta de cumplimiento por parte de la apelante de la regla 42 citada, para llamar la atención a la abogacía sobre cuestión de tanta importancia para la debida consideración y resolución de las apelaciones que se interpongan ante este tribunal.

*Desestimado el recurso.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.